FILED
JUN 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  03CR1919-BTM |
| | ) | |
| Plaintiff, | ) | JUDGMENT ON DEFAULT |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO GONZALEZ-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Sergio Gonzalez-Ramirez failed to appear on August 13, 2003, and answer the charge of the plaintiff, United States of America, against him.  Therefore, the bond posted in the above-entitled matter on July 3, 2003, was and is forfeited.  A motion for judgment on default was made by plaintiff, United States of America, by and through its attorneys above-named, and after due notice of said motion having been served on all parties herein, including the clerk of the court as agent for the obligor on the bond;

//
//
//
//
//

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff,
2  United States of America, does have and recovers from defendant
3  Sergio Gonzalez-Ramirez ~~and surety Sergio Gonzalez, Sr~~., judgment
4  in the sum of $20,000.00, and

5  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the sum of
6  $20,000.00 in cash now on deposit in the registry of this Court as
7  part of the bond in this matter be paid to ~~the clerk of the court,~~ *deposited in the Treasury of the U.S. and*
8  and that upon receipt of same, by him, the sum of $20,000.00 shall
9  be credited by the clerk of the court in full satisfaction of the
10 within judgment against defendant and surety.

11  DATED: 6/20/08

            _[signature]_
            UNITED STATES DISTRICT JUDGE