UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 03CR1919-BTM |
| ) | |
| Plaintiff, ) | ORDER TO CLOSE INTEREST |
| ) | BEARING ACCOUNT AND |
| v. ) | DISBURSE FUNDS PURSUANT |
| ) | TO JUDGMENT ON DEFAULT |
| SERGIO GONZALEZ-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

On June 20, 2008, the court granted plaintiff's motion for Judgment On Default in the sum of $20,000.00 against the above named defendant and the surety, SERGIO GONZALEZ SR., following the defendant's failure to appear on July 3, 2003.

Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court release the amount of $20,000.00, in the above entitled case at Bank of America Bank Account No. 3753243658. Said funds shall be transferred and applied to the Judgment on Default entered on June 23, 2008. The defendant is entitled to the interest earned thereon. The defendant shall arrange to claim the interest. Failure to do so will result in it being declared unclaimed funds.

The Clerk shall furnish a copy of the ledger record of the transfer to the United States Attorney's Office, Financial Litigation Unit.

IT IS ALSO ORDERED that a copy of this Order shall be personally served on the Clerk of the Court or his Chief Deputy. Absent the aforesaid service, the Clerk is hereby relieved of any personal liability relative to compliance with this order.

SO ORDERED.

DATED: July 9, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge